UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ALFRED D. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00115-RLY-CSW |
| | ) | |
| JACK HENDRIX, | ) | |
| | ) | |
| Defendant. | ) | |

**Order Dismissing Case and Directing Entry of Final Judgment**

On August 15, 2023, the Court directed the plaintiff to file a motion for leave to proceed *in forma pauperis* by attaching a copy of the transactions associated with his institution trust account for the 6-month period preceding the filing of this action or to pay the $402.00 filing fee. After the deadline passed, the Court again ordered the plaintiff to do so, and warned him that the failure to either pay the filing fee or seek leave to proceed *in forma pauperis* would result in the dismissal of this action. The deadline has again passed without the plaintiff paying the filing fee or otherwise responding to the Court's order. Because the plaintiff has abandoned this action, it is **dismissed without prejudice** for failure to prosecute.

Final judgment in accordance with this Order shall now issue.

IT IS SO ORDERED.

Date: 11/07/2023

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ALFRED D. TURNER
285039
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514