UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ALFRED D. TURNER, | ) |
|         Plaintiff, | ) |
| v. | ) No. 3:23-cv-00115-RLY-CSW |
| JACK HENDRIX, | ) |
|         Defendant. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 11/07/2023

Roger A.G. Sharpe, Clerk of Court

By: _Dina M. Dage_
    Deputy Clerk

_[signature]_
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ALFRED D. TURNER
285039
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514